UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>    Plaintiff,<br><br>v.<br><br>GSE PROPERTIES, LLC et al.,<br><br>    Defendants. | Case No. 2:23-cv-05230-SB-AFM<br><br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

Plaintiff Alvaro Orosco filed his complaint against Defendant GSE Properties, LLC on June 30, 2023.  Dkt. No. 1.  Plaintiff personally served Defendant on July 27, 2023.  Dkt. No. 13.  Defendant failed to timely respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than October 6, 2023, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 6, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

IT IS SO ORDERED.

Date: September 29, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge